**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*Charleston County School District v. Meta Platforms Inc., et al.*<br><br>Case No.: 4:23-cv-4659 | **PLAINTIFF CHARLESTON COUNTY SCHOOL DISTRICT'S PROPOSED VERDICT FORM**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

**WE, THE JURY IN THE ABOVE-ENTITLED CASE,** unanimously find as follows:

1. Did plaintiff Charleston County School District prove its negligence claim by a preponderance of the evidence against:

| | | |
|---|---|---|
| Meta: | ___ YES | ___ NO |
| Snap: | ___ YES | ___ NO |
| TikTok: | ___ YES | ___ NO |
| YouTube: | ___ YES | ___ NO |

*If you answered "YES" as to **any** Defendant for Question 1, continue to Question 2.*

*If you answered "NO" as to **all** Defendants for Question 1, sign the form and return it to the Courtroom Deputy.*

2. What is the total amount of damages that Charleston County School District proved by a preponderance of the evidence?

$ ______________________________

*After answering Question 2, continue to Question 3.*

*If you answered "YES" as to any Defendant for Question 1, you **may** answer "YES" or "NO" as to that Defendant for Question 3.*

*If you answered "NO" as to any Defendant for Question 1, you **must** answer "NO" as to that Defendant for Question 3.*

3. Did plaintiff Charleston County School District prove by clear and convincing evidence that punitive damages are warranted against:

| | | |
|---|---|---|
| Meta: | ___ YES | ___ NO |
| Snap: | ___ YES | ___ NO |
| TikTok: | ___ YES | ___ NO |
| YouTube: | ___ YES | ___ NO |

ONCE THE JURY HAS COMPLETED THE VERDICT FORM, SIGN AND DATE BELOW, PLACE THE SIGNED VERDICT IN THE APPROPRIATE FOLDER, AND CONTACT THE COURTROOM DEPUTY.

Signed:__________________________
Jury Foreperson

Juror Number: ______ Dated: ____________________

Dated: November 23, 2026

Respectfully Submitted,

**MOTLEY RICE LLC**

By: *<u>/s/ Previn Warren</u>*
Previn Warren
401 9th Street NW Suite 630
Washington, DC 20004
Tel: 202-386-9610
pwarren@motleyrice.com

Esther Berezofsky
210 Lake Drive East, Suite 101
Cherry Hill, NJ 08002
Tel: 856-667-0500
Fax: 856-667-5133
eberezofsky@motleyrice.com

Lance V. Oliver
Sara O. Couch
Jade Haileselassie
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
Telephone: 843-216-9000
jflowers@motleyrice.com
scouch@motleyrice.com
jhaileselassie@motleyrice.com

*Counsel for Plaintiff*

**ATTESTATION**

I, Previn Warren, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: November 23, 2026

By: /s/ Previn Warren