# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

| | | |
|---|---|---|
| **Date:** November 24, 2026 | **Time:** 19 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
| **Case No.**: 23-cv-04659-YGR<br><br>24-cv-01382-YGR | **Case Name:** Charleston County School District v. Meta Platforms Inc et al<br>Tucson Unified School District v. Meta Platforms, Inc. et al | |

**Attorney for Plaintiff:** Lexi Hazam, Christopher Seeger, Lance Oliver, Joseph VanZandt; via Zoom
**Attorney for Plaintiff Charleston County School District:** Previn Warren; via Zoom
**Attorney for Plaintiff Tucson Unified School District:** Tom Cartmell and Kirk Goza; via Zoom
**Attorney for Defendant:** Paul Schmidt (Meta), Beth Wilkinson (Meta), Joseph Petrosinelli (Google), Ashley Hardin (YouTube); via Zoom

**Deputy Clerk:** Edwin Angelo A. Cuenco **Court Reporter:** Not Recorded

## PROCEEDINGS

Status Conference – Held via Zoom.

The Court met ex parte with the plaintiffs' counsel on leadership.

The Court met with defense counsel to preview the trial issues for the December 14, 2026 Pretrial Conference.